



## MEMORANDUM OPINION

No. 04-10-00913-CV

Ricardo **OLIVARES** and Erika Olivares,
Appellants

v.

Alberto Luis **BARAJAS** and AB Homes, L.L.C.,
Appellees

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2010CVQ001713-D1
Honorable Jose A. Lopez, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
              Karen Angelini, Justice
              Marialyn Barnard, Justice

Delivered and Filed:  April 27, 2011

JOINT MOTION TO DISMISS GRANTED; APPEAL DISMISSED

The parties filed a joint motion to dismiss this appeal. We grant the motion. *See* TEX. R. APP. P. 42.1(a)(2). Costs of appeal are taxed against the party who incurred them. *See* TEX. R. APP. P. 42.1(d).

PER CURIAM